THE HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANA ETCHEVERRY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION.<br><br>Defendants. | Case No. 3:19-cv-05261-RJB-MAT<br><br>**JOINT NOTICE OF COLLECTIVE AND CLASS ACTION SETTLEMENT** |

JOINT NOTICE OF COLLECTIVE AND CLASS SETTLEMENT - 1
(No.: 3:19-cv-05261-RJB-MAT)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff in the above-captioned action and Defendants, through their respective counsel of record, hereby notify the Court that, on or about January 29, 2021, the parties reached agreement on the terms of a collective- and class-wide settlement that, once approved by the Court, will resolve the above-captioned action in its entirety. The Parties are currently drafting the settlement papers, and Plaintiff anticipates filing a motion for preliminary approval, together with supporting documentation, within sixty (60) calendar days.

Accordingly, the Parties provide notice of settlement and respectfully request the Court remove all upcoming deadlines in the current scheduling order while the Parties consummate and finalize the settlement approval papers.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of February, 2021.

| | |
|---|---|
| /s/ Donald L. Samuels<br>Jessica M. Andrade, WSBA #39297<br>jessica.andrade@polsinelli.com<br>**POLSINELLI PC**<br>1000 2nd Avenue, Suite 3500<br>Seattle, Washington  98104<br>Phone: (206) 393-5400<br>Fax: (206) 393-5401<br><br>Donald L. Samuels (*pro hac vice*)<br>dsamuels@polsinelli.com<br>**POLSINELLI PC**<br>1401 Lawrence Street, Suite 2300<br>Denver, Colorado 80202<br>Phone: (303) 572-9300<br>Fax: (303) 572-7883<br><br>*Attorneys for Defendants* | /s/ Carolyn H. Cottrell<br>Beth E. Terrell, WSBA  #2759<br>bterrell@terrellmarshall.com<br>Toby J. Marshall, WSBA #32723<br>tmarshall@terrellmarshall.com<br>Erika L. Nusser, WSBA #40854<br>enusser@terrellmarshall.com<br>**TERRELL MARSHALL LAW GROUP PLLC**<br>936 North 34th Street, Suite 300<br>Seattle, Washington  98103-8869<br>Phone: (206) 816-6603<br>Fax: (206) 319-5450<br><br>Carolyn H. Cottrell (*pro hac vice*)<br>ccottrell@schneiderwallace.com<br>Ori Edelstein (*pro hac vice*)<br>oedelstein@schneiderwallace.com<br>William M. Hogg (*pro hac vice*)<br>whogg@schneiderwallace.com<br>**SCHNEIDER WALLACE COTTRELL KONECKY LLP**<br>2000 Powell Street, Suite 1400 |

JOINT NOTICE OF COLLECTIVE AND CLASS SETTLEMENT  - 2
(No.: 3:19-cv-05261-RJB-MAT)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100

Emeryville, California 94608
Phone: (415) 421-7100
Fax: (415) 421-7105

*Attorneys for Plaintiff, Class, and Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn H. Cottrell
　　　　　　　　　　　　　　　　　　　　　　　Carolyn H. Cottrell

JOINT NOTICE OF COLLECTIVE AND CLASS SETTLEMENT - 3
(No.: 3:19-cv-05261-RJB-MAT)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100