The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON (TACOMA)

HANA ETCHEVERRY, individually and on behalf of all others similarly situated

　　　　　Plaintiff,

v.

FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION

　　　　　Defendants.

Case No. 3:19-cv-05261-RJB-MAT

NON-OPPOSITION OF DEFENDANTS FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION TO PLAINTIFF'S FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT

Hearing Date: October 19, 2021

TO THE COURT, PLAINTIFF, AND COUNSEL OF RECORD:

　　　Defendants, FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION, do not oppose Plaintiff's Motion for Final Approval of Class and Collective Settlement.

DEFENDANTS' NON-OPPOSITION TO
MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT
(CASE NO. 3:19-CV-05261) - 1

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

79912767.1

While Defendants continue to deny liability, Defendants do not oppose the final approval of this settlement as being fair, reasonable, and adequate.

Dated: September 22, 2021.

    *s/Donald L. Samuels*
Donald L. Samuels, WSBA #56214
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone:   (303) 572-9300
Facsimile:   (303) 572-7883
E-mail:  dsamuels@polsinelli.com

Jessica M. Andrade, WSBA #39297
POLSINELLI
1000 2nd Avenue, Suite 3500
Seattle, WA 98104
Telephone:   (206) 393-5400
Facsimile:   (206) 393-5401
E-mail:  jessica.andrade@polsinelli.com

Attorneys for Defendants
FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION

DEFENDANTS' NON-OPPOSITION TO
MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT
(CASE NO. 3:19-CV-05261) - 2


1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

79912767.1

# CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I caused to be served the foregoing **NON-OPPOSITION OF DEFENDANTS FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, AND HARRISON MEDICAL CENTER FOUNDATION TO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE SETTLEMENT** via CM-ECF Court Filing System on all the attorneys of record:

| | |
|---|---|
| Beth E. Terrell, WSBA #2759<br>Toby J. Marshall, WSBA #32723<br>TERRELL MARSHALL LAW GROUP PLLC<br>936 North 34th Street, Suite 300<br>Seattle, WA 98103-8869 | *Attorneys for Plaintiff*<br>Telephone:  (206) 816-6603<br>Fax:  (206) 319-5450<br>Email:  bterrell@terrellmarshall.com<br>tmarshall@terrellmarshall.com |
| Carolyn H. Cottrell, CA Bar # 166977<br>Ori Edelstein, CA Bar # 268145<br>*Pro Hac Vice*<br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, CA 94608 | *Attorneys for Plaintiff*<br>Telephone:  (415) 421-7100<br>Fax:  (415) 421-7105<br>Email:  ccottrell@schneiderwallace.com<br>oedelstein@schneiderwallace.com |
| William M. Hogg, TX Bar # 24087733<br>*Pro Hac Vice*<br>SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP<br>3700 Buffalo Speedway, Suite 960<br>Houston, TX 77098 | *Attorneys for Plantiff*<br>Telephone:  (713) 338-2560<br>Fax:  (866) 505-8036<br>Email:  whogg@schneiderwallace.com |

DATED:  September 22, 2021

/s/*Donald L. Samuels*

DEFENDANTS' NON-OPPOSITION TO
MOTION FOR FINAL APPROVAL
OF CLASS AND COLLECTIVE ACTION SETTLEMENT
(CASE NO. 3:19-CV-05261) - 3

POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

79912767.1