THE HONORABLE ROBERT J. BRYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANA ETCHEVERRY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>FRANCISCAN HEALTH SYSTEM D/B/A CHI FRANCISCAN HEALTH, FRANCISCAN MEDICAL GROUP, FRANCISCAN HEALTH VENTURES, HARRISON MEDICAL CENTER, and HARRISON MEDICAL CENTER FOUNDATION.<br><br>Defendants. | Case No. 3:19-cv-05261-RJB-MAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS AND SERVICE AWARD**<br><br>**NOTED FOR HEARING: October 19, 2021 at 9:30am** |

ORDER GRANTING PLAINTIFF'S
MOTION FOR APPROVAL OF ATTORNEYS'
FEES AND COSTS AND SERVICE AWARD
(No.: 3:19-cv-05261-RJB-MAT)

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100

The Motion for Approval of Attorneys' Fees and Costs and Service Awards, filed by Plaintiff Hana Etcheverry ("Plaintiff"), came on for hearing regularly in Courtroom A of the above captioned court, the Honorable Robert J. Bryan presiding. Defendants did not oppose the motion.

Having reviewed the papers and documents presented, having heard the statements of counsel, and having considered the matter, the Court HEREBY ORDERS as follows:

1. The Court has jurisdiction over the claims of the Class Members and Opt-In Plaintiffs asserted in this proceeding and over all Parties to the Action;

2. The Court FINALLY APPROVES Class Counsel's request for attorneys' fees in the amount of one third of the Gross Settlement Amount, for a total of $1,833,333.33;

3. The Court FINALLY APPROVES Class Counsel's request for costs in the amount of $11,000.00;

4. The Court FINALLY APPROVES a service award of $10,000.00 for Plaintiff. The Court finds that this award is fair and reasonable for the service Plaintiff provided to the Class and Opt-In Plaintiffs and the broader release she executed than the Class Members and Opt-In Plaintiffs.

**IT IS SO ORDERED.**

Dated this 19th day of October, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR APPROVAL OF ATTORNEYS'
FEES AND COSTS AND SERVICE AWARD
(No.: 3:19-cv-05261-RJB-MAT)
Page 1

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
415-421-7100